```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
INTERNATIONAL ALLIANCE OF THEATRICAL    :
STAGE EMPLOYEES et al.,                 :
                                        :
                        Plaintiffs,     :      23-CV-10731 (JMF)
                                        :
        -v-                             :      ORDER
                                        :
                                        :
THAT'S AMORE MOVIE, LLC,                :
                                        :
                        Defendant.      :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On December 8, 2023, Plaintiffs filed a petition to confirm and enforce an arbitration award under Section 301 of the Labor Management Relations Act, 29 U.S.C. §§ 185 *et seq*. *See* Docket No. 1 ("Complaint"). The Court will handle the Petition as it would a petition to confirm an arbitration award — namely, "akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).

      Accordingly, it is hereby ORDERED that Plaintiffs shall file and serve any additional materials with which they intend to support their petition to confirm by **January 8, 2024**. Defendant's opposition, if any, is due on **January 29, 2024**. Petitioners' reply, if any, is due **February 5, 2024**. Plaintiffs shall serve the petition and all supporting papers, as well as this Order, upon Defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **January 8, 2024**, and shall file an affidavit of such service with the court no later than **January 9, 2024**.

      SO ORDERED.

Dated: December 12, 2023  
      New York, New York  
                                                    JESSE M. FURMAN  
                                                    United States District Judge