# SPIVAK LIPTON LLP
ATTORNEYS AT LAW

Hope Pordy
hpordy@spivaklipton.com
1040 Avenue of the Americas
20th Floor
New York, NY 10018
T 212.765.2100
F 212.765.8954
www.spivaklipton.com

May 15, 2024

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

> Re:   International Alliance of Theatrical Stage Employees (I.A.T.S.E.) et al v. That's Amore Movie, LLC, Case No. 23-cv-10731-JMF

Dear Judge Furman:

I represent the Plaintiffs in the above-referenced matter. On May 14, 2024, the Court issued a Scheduling Order scheduling an in-person conference for oral arguments on Plaintiffs' Motion to Confirm for May 30, 2024 at 3pm. (Dkt. No. 34).

Due to previously scheduled international travel, I will not be able to attend the May 30th conference and I have been the primary attorney handling the case. Therefore, pursuant to Section 2.E of Your Honor's Individual Rules and Practices for Civil Cases, I hereby request that the conference be rescheduled. This is Plaintiffs' first request for a postponement. I have conferred with Defendant's counsel and they do not object to Plaintiffs' request. The postponement of the conference will not affect any existing deadlines in this case.

Further, to facilitate scheduling, I have identified mutually convenient dates for the parties to the extent the Court is available on any of the following dates: June 5 (after 12:30pm), June 7 or June 11.

Thank you for the Court's consideration of this request.

Respectfully Submitted:

*Hope Pordy*

cc (via ECF): All counsel of record

The conference scheduled for May 30, 2024, is hereby RESCHEDULED for **June 7, 2024**, at **10:00 a.m.** The Clerk of Court is directed to terminate ECF No. 35.

SO ORDERED.

May 15, 2024